UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMAN ABERA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SAN DIEGO PACIFICVU, LLC; et al.,<br><br>Defendants - Appellees. | No. 25-4101<br><br>D.C. No.<br>3:25-cv-01488-RBM-DEB<br><br>Southern District of California,<br>San Diego<br><br>MANDATE |

The judgment of this Court, entered July 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT